UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:17-cv-1609 |
| v. | ) ) | |
| BLAST TECHNOLOGY, INC. | ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL

COME NOW plaintiffs Greater St. Louis Construction Laborers Welfare Fund, et al., and defendant Blast Technology, Inc., by and through their respective counsel, and jointly stipulate to the dismissal with prejudice of the above suit, with each party to bear their or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| HAMMOND AND SHINNERS, P.C. | BEHR, MCCARTER & POTTER, P.C. |
| 13205 Manchester Road, Ste. 210 | 7777 Bonhomme Avene, Ste. 1400 |
| St. Louis, Missouri 63131 | St. Louis, Missouri 63105-1942 |
| Phone (314) 727-1015 | Phone (314) 862-3800 |
| Fax (314) 727-6804 | Fax (314) 862-3953 |
| | |
| /s/ Sherrie A. Hall | /s/ Jason W. Kinser (w/consent) |
| SHERRIE A. HALL | JASON W. KINSER |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2017 the foregoing was filed electronically with the Court's CM/ECF system.

/s/ Sherrie A. Hall