# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    No. 4:17 CV 1609 DDN<br>) |
| BLAST TECHNOLOGY, INC., | )<br>) |
| Defendant. | ) |

## ORDER ADMINISTRATIVELY CLOSING CASE

The court being advised that the parties have settled this action and that by joint stipulation (Doc. 11), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they dismiss this action with prejudice, with each party to bear its own costs, fees, and expenses.  Whereupon,

**IT IS HEREBY ORDERED** that the Clerk of Court administratively close this action as dismissed with prejudice.

                                     /S/   David D. Noce
                                     **UNITED STATES MAGISTRATE JUDGE**

Signed on September 6, 2017.